

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00852-CV

**IN RE** Abe Ray **HERRERA**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2006147
Honorable Russell Wilson, Judge Presiding

**ORDER**

      In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is unable to afford payment of costs; no costs of court are taxed in this appeal.

      It is so **ORDERED** on February 1, 2023.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2023.

_____
Michael A. Cruz, Clerk of Court